*Wednesday, July 2, 1997*

# MERIT DOCKET

**96–2836. State ex rel. Tribble v. Turjanica.**
Franklin App. No. 96APD06–797. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
    MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.
    DOUGLAS and LUNDBERG STRATTON, JJ., would deny the motion to dismiss.
    On motion to expedite oral argument. Motion denied.
    LUNDBERG STRATTON, J., dissents.

**97–682. State ex rel. Robison v. Court.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–804. State ex rel. Hairston v. McMonagle.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.
    LUNDBERG STRATTON, J., dissents and would grant the writ of mandamus and order the judge to issue findings of fact and conclusions of law.

**97–860. Iden v. Wilkinson.**
In Prohibition. On answer of respondent Reginald Wilkinson. *Sua sponte,* cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–868. In re Myers.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.